B1 (Official Form 1) (4/13)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF ILLINOIS | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Miguel, Elias* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*Miguel, Leticia* |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>*NONE* |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *4048* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *6243* |
| Street Address of Debtor (No. & Street, City, and State):<br>*2036 W. Birchwood*<br>*Chicago, IL*  ZIPCODE *60645* | Street Address of Joint Debtor (No. & Street, City, and State):<br>*2036 W. Birchwood*<br>*Chicago, IL*  ZIPCODE *60645* |
| County of Residence or of the Principal Place of Business: *Cook* | County of Residence or of the Principal Place of Business: *Cook* |
| Mailing Address of Debtor (if different from street address):<br>*SAME*  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>*SAME*  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE*  ZIPCODE | |

**Type of Debtor** (Form of organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/13)     FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Miguel, Elias and Miguel, Leticia* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X   */s/ Jeffrey S. Sell*     *12/18/2013* <br> Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | *Miguel, Elias and Miguel, Leticia* |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| :--- | :--- |
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b) I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** */s/ Miguel, Elias*  Signature of Debtor **X** */s/ Miguel, Leticia*  Signature of Joint Debtor  Telephone Number (if not represented by attorney) *12/18/2013*  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed name of Foreign Representative) _____ (Date) |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** */s/ Jeffrey S. Sell*  Signature of Attorney for Debtor(s) *Jeffrey S. Sell 6227125*  Printed Name of Attorney for Debtor(s) *Jeffrey S. Sell*  Firm Name *12443 S. Route 59*  Address *Unit 103* *Plainfield, IL 60585* *773-405-9808*  Telephone Number *12/18/2013*  Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Miguel, Elias*                                Case No.
     *and*                                          Chapter  *7*
    *Miguel, Leticia*

_____ / Debtor

Attorney for Debtor:   *Jeffrey S. Sell*

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *12/18/2013*                                    */s/ Miguel, Elias*
                                                           Debtor

                                                           */s/ Miguel, Leticia*
                                                           Joint Debtor

```
04 Illinois Tollway
2700 Ogden Ave.
Downers Grove, IL  60515

AFNI, INC.
PO BOX 3097
BLOOMINGTON, IL  61702

Amex
P.o. Box 297871
Fort Lauderdale, FL  33329-7871

Applied Bank
601 Delaware Ave
Wilmington, DE  19801

ARNOLDHARRIS
111 WEST JACKSON B SUITE 400
CHICAGO, IL  60604

ASSET ACCEPTANCE LLC
PO BOX 1630
WARREN, MI  48090

At  T Midwest
P.O. Box 769
Arlington, TX  76004

At T
P.O. Box 769
Arlington, TX  76004

At T Mobility
P.O. Box 769
Arlington, TX  76004

Bank Of America, N.a.
4161 Piedmont Pkwy
Greensboro, NC  27410

Bk Of Amer
P.o. Box 17054
Wilmington, DE  19884

Cap One
Po Box 85520
Richmond, VA  23285

Cb/ny&co
Po Box 182122
Columbus, OH  43218-2122

Chase
201 N Walnut Street  Mailstop
Wilmington, DE  19801

Chase
Po Box 24696
Columbus, OH  43224
```

Chase
Po Box 15298
Wilmington, DE  19850

Chase Bank Usa N.a.

Chase/cc
Po Box 15298
Wilmington, DE  19850

Chase-bp
Po Box 15298
Wilmington, DE  19850

Citg Consumer / Citi

Citgo/cbna
Po Box 6497
Sioux Falls, SD  57117

Citi
Po Box 6497
Sioux Falls, SD  57117

Citibank
P.O. Box 6497
Sioux Falls, SD  57117

Credit First N A
6275 Eastland Rd
Brookpark, OH  44142

Discovr Cd
Po Box15316  Att:cms/prod Deve
Wilmington, DE  19850-5316

Dpt Ed/slm

EOS CCA
700 LONGWATER DR
NORWELL, MA  02061

Ford Cred
Po Box Box 542000
Omaha, NE  68154

G M A C
15303 S 94th Ave
Orland Park, IL  60462

Gecrb/old Navy
Po Box 965005
Orlando, FL  32896

Hfc
Po Box 1547
Chesapeake, VA  23327

Hfc
Po Box 9068
Brandon, FL  33509

Homeward
10440 Little Patuxent Parkway
Columbia, MD   21044-3561

Hsbc Bank
Kierland One  16430 N. Scottsd
Scottsdale, AZ   85254

Hsbc Bank
Po Box 30253
Salt Lake City, UT   84130

Hsbc Bank
Po Box 5253
Carol Stream, IL   60197

Hsbc/carsn
Po Box 15521
Wilmington, DE   19805

I C SYSTEM INC
PO BOX 64378
SAINT PAUL, MN   55164

Jeffrey S. Sell
12443 S. Route 59
Unit 103
Plainfield, IL   60585

Kohls/cap1
1680 Capital One Drive
McLean, VA   22102

Lvnvfundg
Po Box 10584
Greenville, SC   29603

Mcydsnb
9111 Duke Blvd
Mason, OH   45040

MIDLAND FUNDING
8875 AERO DR STE 200
SAN DIEGO, CA   92123

Midlandmcm
885 Aero Dr., Suite 200
San Diego, CA   92123

Midlandmcm
8875 Aero Dr. Suite 200
San Diego, CA   92123

Miguel, Elias
2036 W. Birchwood
Chicago, IL   60645

Miguel, Leticia
2036 W. Birchwood
Chicago, IL   60645

Nationstar Mortgage Ll
350 Highland Dr
Lewisville, TX 75067

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826

Peoplesene
130 E. Randolph Drive
Chicago, IL 60601

Portfolio
120 Corporate Blvd, Ste 100
Norfolk, VA 23502

Rnb-fields3
Po Box 9475
Minneapolis, MN 55440

Sallie Mae
1002 Arthur Drive Po# Smi-00
Lynn Haven, FL 32444

Sears/cbna
8725 W. Sahara Ave Mc 02/02/0
The Lakes, NV 89163

Sears/cbna
133200 Smith Rd
Cleveland, OH 44130

Sears/cbna
Po Box 6283
Sioux Falls, SD 57117

Shell/citi
Po Box 6497
Sioux Falls, SD 57117

Sprnglffin
Visionplus Inhouse Pmt 600 No
Evansville, IN 47715

Target Nb
Mail Stop 2bd P O Box 9475
Minneapolis, MN 55440-9475

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117

T-mobile
Banruptcy Dept.
P.O. Box 53410
Bellevue, WA 98015

U S Dept Of Ed/gsl/atl
Po Box 4222
Iowa City, IA 52244

```
Verizon Wireless/grent
1515 Woodfield Rd Ste140
Schaumburg, IL   60173

Wilshire Credit Corp
400 Countrywide Way
Simi Valley, CA   93065
```